IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **KEIALA NIX,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:25-cv-01362-O-BP** |
| | § | |
| **TANNER MARTIN,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned Chief United States District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that Defendant's Motion to Stay (ECF No. 14) is **GRANTED**, and the case is **STAYED** pending conclusion of Plaintiff's state criminal case. The Clerk of Court shall administratively close this case until further order of the Court.

**SO ORDERED** on this **18th day** of **May, 2026**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**